BENJAMIN GREENBAUM, Respondent, v. CLINTON MOTORS CORPORATION, a New York Corporation, Appellant, and Others, Defendants.— Order denying motion to set aside service of summons on defendant Clinton Motors Corporation affirmed, with ten dollars costs and disbursements, with leave to said defendant to serve a notice of appearance w'thin ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

A. M. HAZELL, INC., Appellant, v. THE CITY OF LONG BEACH, Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and the plaintiff's motion for summary judgment granted, with ten dollars costs, to the extent of $135,536.23, with interest thereon from May 11, 1929, less any amount that has been paid to plaintiff by defendant since the commencement of this action. No facts were presented by the defendant on this motion tending to show any defense to the plaintiff's cause of action, and in our opinion the motion should have been granted as to the balance due the plaintiff, as shown by the engineer's final certificate, plus lawful interest. This court decides that plaintiff is entitled to interest on the balance due it only from the time the engineer's final certificate was filed with the city auditor and the work accepted, to wit, on the sum of $135,536.23 from May 11, 1929. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.

NATHAN HEYMANN and JOSEPH R. ROLNICK, Respondents, v. MAX J. JACOBS and MAX J. JACOBS, INC., Appellants.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs, upon the ground that the verdict was contrary to the evidence. Appeal from order denying motion to set aside the verdict and for a new trial dismissed. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of LOUIS BEAULIEU, Relator, for a Certiorari Order against LEWIS E. LAWES, as Agent and Warden of Sing Sing Prison at Ossining, New York, Respondent.— Determination of the warden unanimously confirmed, without costs, and certiorari proceeding dismissed. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.